UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JAMES TERRYLL WHITLEY,

              Petitioner,                    Case No. 09-14339

v.                                     HONORABLE AVERN COHN

C. ZYCH,

              Respondent.

_____/


**<u>JUDGMENT</u>**


      For the reasons stated in the Court's Memorandum and Order Denying Petition for

Writ of Habeas Corpus entered and filed on this date, the Petitioner's Petition for Writ of

Habeas Corpus is DENIED and the above case is DISMISSED.

                                        DAVID WEAVER


Dated: July 12, 2010              By: s/ Julie Owens_____
                                 Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to James Whitley,
32486138, Milan, Federal Correctional Institution, Inmate Mail/Parcels, P.O. BOX 1000
Milan, MI 48160 and the attorneys of record on this date, July 12, 2010, by electronic
and/or ordinary mail.


                            s/Julie Owens_____
                            Case Manager, (313) 234-5160